UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

DEC 15 2014

David J. Bradley, Clerk of Court

In Re: Mario and Laura Vargas, § Case No. 09-10510-B-13
Debtors § Chapter 13

**Application for Payment of Unclaimed Funds
and Certificate of Service**

1. I am making application to receive $1,091.98, which was deposited as unclaimed funds on behalf of Hudson and Keyse, LLC, Assignee of Chase Bank.

2. Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the following (*check the statement(s) that apply*):

☐ a. Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

☐ b. Applicant is the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney to file this application on behalf of the creditor/debtor.

☐ c. Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

☐ d. Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1.

☐ e. Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicant's right to act on behalf of the decedent's estate.

☑ f. None of the above apply. As evidenced by the attached documents, applicant is entitled to these unclaimed funds because:

We are the Debtors in this case. Our Schedule F reflected an unsecured claim owing to Hudson & Keyse, LLC / Chase Bank USA $3,522.00 as reflected on the attached copy of Schedule F as filed with the Court. Creditor, Hudson and Keyse, LLC, Assignee of Chase Bank, filed a claim in the amount of $1,091.98 (Claim #24); however, such Creditor provided an incorrect address to the Court and the Trustee in my case has been unable to pay this Creditor. Attached is a printout of Trustee Payment History on this claim. Our confirmed plan provided for a percentage

distribution to Hudson and Keyse, LLC, on this claim. The Trustee has now deposited the amount of $1,091.98.11 into the Court's Registry and we are requesting these funds be refunded to us.

3. I understand that pursuant to 18 U.S.C. § 152, I could be fined no more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: December 3, 2014      Applicant's Signature _____
                             Applicant's Signature _____
                             Applicant's Name: Mario and Laura Vargas
                             Address: 3626 Rey Carlos Dr.
                             Brownsville, TX 78521
                             Phone: (956) 838-1888

Subscribed and sworn before me this 9th day of December, 2014, by Mario and Laura Vargas.

NORMA JEAN CHAVEZ
My Commission Expires
December 1, 2016

_____
Notary Public, State of Texas
My commission expires 12-1-2016

Attachments:   1. Schedule F
               2. Trustee payment history on Claim #24 – Hudson and Keyse, LLC,
                  Assignee of Chase Bank

## Certificate of Service

I certify that on December 11, 2014, a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

U.S. Attorney
P.O. Box 61129
Houston, TX 77208

U.S. Trustee
515 Rusk Ave., Ste.3516
Houston, TX 77002

Cindy Boudloche, Chapter 13 Trustee
555 N. Carancahua, Suite 600
Corpus Christi, TX 78478

Hudson and Keyse, LLC
Assignee of Chase Bank
P.O. Box 1090
Mentor, OH 44061

Malaise Law Firm
1265 N. Expressway 83
Brownsville, TX 78520
(956) 547-9638 – voice
(956) 547-9630 – fax

By: /s/ Eduardo V. Rodriguez
Eduardo V. Rodriguez
Attorney at Law
State Bar No. 00795621
Attorney for Debtors

B6F (Official Form 6F) (12/07) - Cont.

In re **Mario Vargas**  
**Laura Vargas**

Case No. _____  
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxx; xxx #xxxxx0591<br>Equilease Financial Services<br>c/o LTD Financial Services, LP<br>7322 Southwest Freeway, Ste. 1600<br>Houston, TX 77074 | | C | DATE INCURRED: 04/2006<br>CONSIDERATION:<br>Lease-deficiency on Kenworth<br>REMARKS: | | | | $12,690.42 |
| ACCT #: xxxxxxx; xx0677<br>Hudson & Keyse, LLC/Chase Bank USA<br>c/o Rausch Sturm Israel Enerson & Hornik<br>P.O. Box 3018<br>Abilene, TX 79604-3018 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Unknown Loan Type<br>REMARKS:<br>Agreed Judgment #2007CCL1791C entered 10/17/2008 | | | | $3,522.00 |
| ACCT #: xxxxx0143<br>Nco Financial Systems<br>507 Prudential Rd<br>Horsham, PA 19044 | | C | DATE INCURRED:<br>CONSIDERATION:<br>Unknown Loan Type<br>REMARKS:<br>original creditor: Sprint PCS | | | | $590.00 |
| ACCT #: xxxx2688<br>NCO Financial Systems<br>507 Prudential Rd<br>Horsham, PA 19044 | | C | DATE INCURRED: 10/2007<br>CONSIDERATION:<br>Factoring Company Account<br>REMARKS:<br>original creditor: Sprint PCS | | | | $590.00 |
| ACCT #: xxx2754<br>Pentagroup Financial<br>5959 Corporate Dr Ste 14<br>Houston, TX 77036 | | C | DATE INCURRED: 12/2007<br>CONSIDERATION:<br>Collection Attorney<br>REMARKS:<br>original creditor: Sprint | | | | $1,216.00 |
| ACCT #: xxxxxx0126<br>Sarma Collection<br>1801 Broadway St<br>San Antonio, TX 78215 | | C | DATE INCURRED: 09/2006<br>CONSIDERATION:<br>Collection Attorney<br>REMARKS:<br>original creditor: Wireless Toyz | | | | $400.00 |

Sheet no. __1__ of __1__ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $19,008.42

Total > $40,648.42  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re   **Mario Vargas**　　　　　　　　　　　　　　　Case No. _____
　　　　**Laura Vargas**　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxx8829<br>Beneficial/Hfc<br>HSBC Retail Services<br>Attn: Bankruptcy<br>P.O. Box 15522<br>Wilmington, DE 19850 | | C | DATE INCURRED: 06/2005<br>CONSIDERATION:<br>Deficiency on 2001 Dodge Caravan<br>REMARKS: | | | | $11,415.00 |
| ACCT #: xxxxxxxx9544<br>Beneficial/hfc<br>HSBC Retail Services<br>Attn: Bankruptcy<br>P.O. Box 15522<br>Wilmington, DE 19850 | | C | DATE INCURRED: 06/2005<br>CONSIDERATION:<br>Deficiency on 2002 Chevrolet Avalanche<br>REMARKS: | | | | $6,868.00 |
| ACCT #: xxxx-xxxx-xxxx-9142<br>Chase - Cc<br>Attention: Bankruptcy Department<br>PO Box 15298<br>Wilmington, DE 19850 | | C | DATE INCURRED: 05/2009<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $805.00 |
| ACCT #: xxxx-xxxx-xxxx-3771<br>Chase - Cc<br>Attention: Bankruptcy Department<br>PO Box 15298<br>Wilmington, DE 19850 | | C | DATE INCURRED: 10/2008<br>CONSIDERATION:<br>Credit Card<br>REMARKS: | | | | $742.00 |
| ACCT #: xxx71-10<br>Economy Finance<br>930 E Adams St<br>Brownsville, TX 78520 | | C | DATE INCURRED: 03/2009<br>CONSIDERATION:<br>Note Loan<br>REMARKS: | | | | $594.00 |
| ACCT #: xxxx5411<br>Enhanced Recovery Corp<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | | C | DATE INCURRED: 05/2009<br>CONSIDERATION:<br>Collection Attorney<br>REMARKS:<br>original creditor: Sprint | | | | $1,216.00 |
| | | | Subtotal > | | | | $21,640.00 |
| | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | |

____1____ continuation sheets attached

| Claim 24 | HUDSON AND KEYSE LLC ASSIGNEE OF CHASE BANK<br>PO BOX 1090<br>MENTOR OH 44061<br>(800) 654-5391 |
|---|---|

(Use CTRL-P to Print this Page)

Close Window

## CLAIM DETAIL

| Case Number | 0910510 |
|---|---|
| Creditor | HUDSON AND KEYSE LLC ASSIGNEE OF CHASE BANK |
| Trustee's Claim Number | 24 |
| Court's Claim Number | 7 |
| Claim Type | U - UNSECURED (U) |
| Claim Filed Date | Friday, November 06, 2009 |
| Mortgage Due Date | |



Disbursements to this Claim

## CLAIM AMOUNTS

| Claimed Amount | $5,336.30 |
|---|---|
| Scheduled Amount | $0.00 |
| Amount Paid Outside | $0.00 |
| Monthly Payment | $0.00 |
| Principal Owed | $4,244.32 |
| Principal Paid | $1,091.98 |
| Principal Due | $1,042.18 |
| Interest Rate | 0.00 |
| Interest Paid | $0.00 |
| Interest Due | $0.00 |
| Collateral Value | $0.00 |
| Collateral Description | |
| Limit | $0.00 |
| Plan Code | $0.00 |
| Percent Allowed | 100.00 |
| Months to Calculate | 0.00 |

## CLAIM FLAGS

| Payee Level | 60 |
|---|---|
| Comment | CHASE BANK |
| Account Number | xxxxxxxxxxxxxxxx21 1 |
| No Cost | |
| No Check | Registry |
| Delete | |
| Stop Disbursement | |
| Continuing | |
| Special | |

## CREDITOR INFORMATION

| Creditor Name | HUDSON AND KEYSE LLC ASSIGNEE OF CHASE BANK |
|---|---|
| Address 1 | PO BOX 1090 |
| Address 2 | |
| Address 3 | MENTOR OH |
| Zip Code | 44061-0000 |
| Contact Name | |
| Phone Number | (800) 654-5391 |

**PAYMENT HISTORY FOR CLAIM 24 - HUDSON AND KEYSE LLC ASSIGNEE OF CHASE BANK**

(Latest Payments First)    Insurance-    Prev. Cred-

| Disb Date | Check Number | Payee Name | Type | Amount |
|---|---|---|---|---|
| 11/6/2014 | 9001053 | US BANKRUPTCY COURT | COMPUTER CHECK TO CREDITOR/PRINCIPAL | $1,091.98 |
| 1/10/2014 | 1032189 | HUDSON AND KEYSE LLC ASSIGNEE OF CHASE BANK | CANCELLED CHECK TO CREDITOR/PRINCIPAL | ($50.48) |
| 11/12/2013 | 1030546 | HUDSON AND KEYSE LLC ASSIGNEE OF CHASE BANK | CANCELLED CHECK TO CREDITOR/PRINCIPAL | ($90.60) |
| 10/24/2013 | 1032189 | HUDSON AND KEYSE LLC ASSIGNEE OF CHASE BANK | AMOUNT DISBURSED TO CREDITOR | $50.48 |
| 9/19/2013 | 1030546 | HUDSON AND KEYSE LLC ASSIGNEE OF CHASE BANK | AMOUNT DISBURSED TO CREDITOR | $90.60 |

Creditor Number ShortCut

| Additional Names and Addresses | | Date of Last Change |
|---|---|---|
| Payee: | HUDSON AND KEYSE LLC ASSIGNEE OF CHASE BANK • PO BOX 1090 • MENTOR • OH • 44061 | 11/9/2009 |
| Scheduled: | HUDSON AND KEYSE LLC ASSIGNEE OF CHASE BANK • PO BOX 1090 • MENTOR • OH • 44061 | 11/9/2009 |
| Notice: | HUDSON AND KEYSE LLC ASSIGNEE OF CHASE BANK • PO BOX 1090 • MENTOR • OH • 44061 | 11/9/2009 |
| Attorney for Creditor: | HUDSON AND KEYSE LLC ASSIGNEE OF CHASE BANK • PO BOX 1090 • MENTOR • OH • 44061 | 11/9/2009 |

## PAYEE FIELDS DESCRIPTIONS

**No Cost**    A "Y" in this field indicates the system will not calculate trustee fees on disbursements to this claim.

**No Check**    Code which indicates the claim should not be paid or will limit the amount the claim is paid. The valid options are as follows:

- **O**    Indicates claim is to be paid outside the plan.
- **R**    Indicates claim is to be paid at Real Estate Closing.
- **S**    Indicates collateral will be surrendered.
- **X**    Indicates claim has not been filed.
- **Y**    General no check
- **1-9**    Limits the disbursement to this number times the regular monthly payment

**Delete**    A "Y" in this field indicates the claim has been deleted from the plan without actually removing the record. L in this field indicates the claim is to be paid per capita rather than pro rata. This field is normally used for adequate protection claims by indicating an "A" in this field. An "E" is used to flag this claim for "Hard" reserve if using this feature.

**Reserve**    Code indicating that disbursements are to be calculated for this claim but reserve the funds rather than paying them out. The valid options are:

- **H**    Calculated disbursements are reserved until they meet or exceed the regular payment amount for the claim.
- **M**    Calculated disbursements are reserved for one disbursement.
- **Y**    Calculated disbursements are reserved indefinitely.
- **1-9**    Calculated disbursements are to be reserved for this number of disbursement cycles. This number will

| | |
|---|---|
| | decrease by 1 each disbursement cycle. |
| **Stop Disbursement** | Code which prevents the system from disbursing. However, the system will disburse any arrearage accumulated on this claim. Normally a "Y" is used for a generic stop disbursement. The numbers 1-9 will cause the system to not disbursement on this claim for this number of disbursement cycles. The number will decrease each disbursement cycle. |
| **Continuing Flag** | A "Y" in this field indicates this claim is a continuing debt such as an ongoing mortgage payment. |

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:  Mario and Laura Vargas, | § | Case No. 09-10510-B-13 |
| Debtors | § | Chapter 13 |

### Order for Payment of Unclaimed Funds

Upon the application of Mario and Laura Vargas, seeking payment of $1,091.98,

representing funds previously unclaimed by

>Hudson and Keyse, LLC,
>Assignee of Chase Bank
>(Claim # 24)

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that Mario and Laura Vargas, Debtors, are entitled to

the unclaimed funds, it is

>Ordered that the Clerk pay $1,091.98  to:

>>Mario and Laura Vargas
>>3626 Rey Carlos Dr.
>>Brownsville, TX  78521

Signed this ___day of_____, _____.

_____

Richard S. Schmidt

United States Bankruptcy Judge