

ENTERED
01/07/2015

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS

In Re: Mario and Laura Vargas,        §        Case No. 09-10510-B-13
Debtors                               §        Chapter 13

#81

### Order for Payment of Unclaimed Funds

Upon the application of Mario and Laura Vargas, seeking payment of $1,091.98,

representing funds previously unclaimed by

> Hudson and Keyse, LLC,
> Assignee of Chase Bank
> (Claim # 24)

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that Mario and Laura Vargas, Debtors, are entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $1,091.98 to:

> Mario and Laura Vargas
> 3626 Rey Carlos Dr.
> Brownsville, TX 78521

Signed this ___ day of ___JAN   7 2015___, _____

_____
Richard S. Schmidt
United States Bankruptcy Judge

K:\231\231653\ORDER - Application for Unclaimed Funds - Hudson and Keyse 1091.98.docx